440 A.2d 1261

Hoffmaster, etc., Appellants v. Berk's County Children's Service.

Submitted January 26, 1981. Arthur L. Gutkin, for appellants; Alfred W. Crump, Jr., Assistant County Solicitor, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

440 A.2d 1261

Kurpiewski v. Kurpiewski, Appellant.

Argued January 12, 1981. Felix J. DeGuilio, for appellant; Catherine T. Martin, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.